UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LEE, et al. | ) | CASE NO.: 5-11-cv-00547-BO |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **EQUITY TRUST COMPANY'S** |
| EPHREN TAYLOR, et al | ) | **MOTION TO DISMISS FOR** |
| | ) | **IMPROPER VENUE** |
| Defendants | ) | |

Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Equity Trust Company hereby Moves to Dismiss the Plaintiffs' claims against Equity Trust for Improper Venue.

In support of this Motion, Equity Trust has contemporaneously submitted the Declaration of Jeffery Bartlett and a Memorandum of Law pursuant to Local Civil Rule 7.1(d).

Respectfully submitted this the 30th day of November, 2011.

                                              **POYNER SPRUILL LLP**

By:   /s/ David Dreifus
          David Dreifus
          N.C. State Bar No. 10160
          P. O. Box 1801
          Raleigh, NC 27602-1801
          919-783-2817
          Fax: 919-783-1075
          Email: ddreifus@poyners.com

2

By:     /s/ Kenneth A. Bravo
Kenneth A. Bravo (Ohio Bar # 0014274)
Isaac J. Eddington (Ohio Bar # 0072966)
ULMER & BERNE LLP
Skylight Office Tower
1660 W. 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
FAX (216) 583-7001
kbravo@ulmer.com
ieddington@ulmer.com

*Attorneys for Defendant*
*Equity Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

I further certify that I have mailed the forgoing by First-Class Mail, postage prepaid to the following person at the following address which is the last address known to me:

>Don McCarthy
>13907 Montfort Dr., Unit 524
>Dallas, TX  75240

This the 30th day of November, 2011.

>/s/ David Dreifus
>David Dreifus

3

Case 5:11-cv-00547-BO   Document 43   Filed 11/30/11   Page 3 of 3