IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
5:11-CV-00547-BO

| | |
|---|---|
| WILLIAM LEE, GENNET THOMPSON, ) <br> and GERTRUDE "TRUDY" MORGAN, ) <br> individually and on behalf of ) <br> a class of similarly situated persons, ) <br>   ) <br>         Plaintiffs, ) <br> v. ) <br>   ) <br> EPHREN TAYLOR, WENDY CONNOR, ) <br> DWANYE CONNOR, INFORMATION ) <br> ENTERPRISES UNLIMITED, INC., ) <br> SWEEPSVEND, LLC, WALDO EMERSON ) <br> BRANTLEY, DON RICARDO MCCARTHY, ) <br> WEB3DIRECT, INC., CITY CAPITAL ) <br> CORPORATION, ERX ENERGY, LLC, JEFFREY ) <br> SMUDA, EQUITY TRUST COMPANY, and ) <br> DOES 1-10, ) <br>   ) <br>         Defendants. ) | **PLAINTIFFS' NOTICE OF <br> VOLUNTARY DISMISSAL <br> WITHOUT PREJUDICE** |

Please take notice that Plaintiffs, by and through undersigned counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss this case <u>without prejudice</u>.

Respectfully submitted, this the 11th day of April, 2012.

SCHILLER & SCHILLER, PLLC

By:   /s/ David G. Schiller
      David G. Schiller (NCSB # 26713)
      Professional Park at Pleasant Valley
      5540 Munford Road, Suite 101
      Raleigh, North Carolina 27612
      Tel: 919-789-4677
      Fax: 919-789-4469

**Co-counsel to be admitted *pro hac vice*:**

Cathy J. Lerman (Florida Bar # 338788)
CATHY JACKSON LERMAN, P.A.
7857 W. Sample Road, Suite 140
Coral Springs, FL 33065
Tel: 954-663-5818
Fax: 954-341-3568

James P. Gitkin (Florida Bar # 570001)
SALPETER GITKIN, LLP
Museum Plaza, Suite 503
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Tel: 954-467-8622
Fax: 954-467-8623

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day served a copy of the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on the following by first class mail:

**EPHREN TAYLOR**
7780 Brier Creek Pkwy, Suite 225
Raleigh, NC 27617

**WENDY CONNOR**
5029 Amberfield Way
Raleigh, NC 27604

**DWANYE CONNOR**
5029 Amberfield Way
Raleigh, NC 27604

CONNOR, WENDY
registered agent for
**INFORMATION  ENTERPRISES UNLIMITED, INC.,**
5029 Amberfield Way
Raleigh, NC 27604

CLINTON CONNOR
registered agent for
**SWEEPSVEND, LLC**
5029 Amberfield Way
Raleigh, NC 27604

**WALDO EMERSON BRANTLEY**
1775 Forest Blvd
Jacksonville, FL 32246

**DON RICARDO MCCARTHY**
13907 Montfort Drive, Apt. 524
Dallas, TX 75240

WALDO EMERSON BRANTLEY
Registered agent for,
**WEB3DIRECT, INC.**
1775 Forest Blvd
Jacksonville, FL 32246

KINTA L. DIXON
registered agent for
**CITY CAPITAL CORPORATION**
7780 BRIER CREEK PKWY, SUITE 225
RALEIGH NC 27617

Jeffrey Smuda
Registered agent for
**ERX ENERGY, LLC**
5450 N, Cumberland Drive
Tucson, AZ 85704.
845 Cedar Ave
Elgin, IL 60120.

**JEFFREY SMUDA**
5450 N, Cumberland Drive
Tucson, AZ 85704.
845 Cedar Ave
Elgin, IL 60120.

David Dreifus
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, NC 27602-1801

Kenneth A. Bravo
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448

This the 11th day of April, 2012.

/s/ David G. Schiller
David G. Schiller